THE TRUSTEES OF THE L. C. WAGNER TRUST v. BARIUM SPRINGS HOME FOR CHILDREN, INC.; DAVIS HOSPITAL FOUNDATION, INC.; MITCHELL COMMUNITY COLLEGE; GARDNER-WEBB COLLEGE; JOSEPH FORESTER DAVIS; JOHN C. DAVIS; LOUIS M. DAVIS; PATRICIA DAVIS HINTON; MARY DAVIS BROYHILL (CRAIG); NELL DAVIS McCOY; GEORGE C. DAVIS; DAVIS HOSPITAL, INC.; OLIVIA BROWN THOMAS; H. BROWN KIMBALL AND JOHN H. GRAY III

No. 191A91

(Filed 7 November 1991)

APPEAL by defendant Barium Springs Home for Children, Inc. from the decision of a divided panel of the Court of Appeals, 102 N.C. App. 136, 401 S.E.2d 807 (1991), affirming in part and reversing in part a judgment by *Davis (James C.), J.,* signed 24 November 1989 and filed 28 November 1989 in Superior Court, IREDELL County. Heard in the Supreme Court 17 October 1991.

STATE v. WASHINGTON

[330 N.C. 188 (1991)]

*Womble Carlyle Sandridge & Rice, by Dewey W. Wells,
Elizabeth L. Quick, and Mark E. Richardson, III, for defendant
appellant Barium Springs Home for Children, Inc.*

*E. Bedford Cannon for defendant appellee Davis Hospital, Inc.*

PER CURIAM.

For the reasons stated in the dissenting opinion by Greene,
J., the decision of the Court of Appeals on the issue of constructive
delivery of the undistributed income and capital gains is reversed.
The case is remanded to the Court of Appeals for further remand
to the Superior Court, Iredell County, for entry of a judgment
consistent with the dissenting opinion in the Court of Appeals
on the constructive delivery issue and otherwise consistent with
the majority opinion in the Court of Appeals.

Reversed and remanded.